UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| BYRON LEE, PAUL WEIR, ) <br> BRENDA STARKS, CAROL MATTHEWS ) <br> TRESA SANDERS, CHRIS BLACK, ) <br> GENOLA SANDERS, ) <br> SHARON JOHNSON, JOSE COLE, and ) <br> MOHAMMED QARSEM, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> DELL PRODUCTS, L.P., ) <br> ) <br> Defendant. ) | Civil Action No. 3:06cv0001 <br> Judge Thomas A. Wiseman, Jr. |

**ORDER**

Before this Court is Defendant Dell Products, L.P.'s ("Dell") Motion to Sever, or in the Alternative to Order Separate Trials (Doc. No. 26) and Memorandum of Law in Support. (Doc. No. 27-1.) Plaintiffs filed a Response in opposition to the motion (Doc. No. 30) and with the Court's permission, Dell filed a Reply. (Doc. No. 35-1.)

For the reasons set forth in the accompanying Memorandum, Defendant Dell's Motion to Sever (Doc. No. 26) is DENIED in so far as it pertains to the following Plaintiffs: Byron Lee, Paul Weir, Brenda Starks, Carol Matthews, Tresa Sanders, Genola Sanders, Sharon Johnson, and Jose Cole, and GRANTED as to Plaintiff Chris Black and Plaintiff Mohammed Qarsem. Therefore, the claims of Plaintiff Chris Black and Plaintiff Mohammed are SEVERED and their actions are hereby DISMISSED without prejudice. Further, Dell's Motion in the Alternative to Order Separate Trials (Doc. No. 26) is also DENIED without prejudice. This case is hereby referred back to Magistrate Judge Knowles for further case management.

It is so ORDERED.

*[signature]*
Senior Judge Thomas A. Wiseman, Jr.
United States District Court for the
Middle District of Tennessee